[No. 17400-6-II. Division Two. August 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
J. REED, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 92-1-01088-1, Wm. Thomas McPhee, J., entered July 28, 1993. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Wiggins and Fleisher, JJ.

[No. 17921-1-II. Division Two. August 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN
L. GLASS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 93-1-00643-1, Christine A. Pomeroy, J., entered January 7, 1994. *Affirmed* by unpublished opinion per Wiggins, J., concurred in by Seinfeld, C.J., and Morgan, J.

[Nos. 14175-6-III; 14212-4-III. Division Three. January 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SEYDOU
JACQUES TRAORE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, Nos. 94-1-00098-9 and 94-1-00099-7, Duane E. Taber, J., entered July 1, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Munson, J.

[No. 17483-9-II. Division Two. January 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL
TALAMANTES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-01004-6, J. Kelley Arnold, J., entered July 22, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan and Bridgewater, JJ.